UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANTOINE ALPHONSE, JR.,

    Petitioner,

v.                                Case No. 21-C-877

MILWAUKEE COUNTY SHERIFF'S OFFICE,

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION

    Petitioner Antoine Alphonse, Jr., filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. On October 27, 2021, Magistrate Judge William E. Duffin screened his petition and filed a Report and Recommendation, in which he recommends that the petition be dismissed. Alphonse filed an objection to the Report and Recommendation on November 10, 2021.

    Alphonse asserts in his petition a violation of "90-day speedy trial," due process, and cruel and unusual punishment. Alphonse's objection simply asserts the same arguments he made in his petition and are addressed in Magistrate Judge Duffin's Report and Recommendation. Having considered the Report and Recommendation and Alphonse's objection, the Court **OVERRULES** Alphonse's objection and **ADOPTS** Magistrate Judge Duffin's Report and Recommendation in its entirety. Accordingly, Alphonse's petition is **DISMISSED**.

    **SO ORDERED** at Green Bay, Wisconsin this 12th day of November, 2021.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge